**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — 5 C HOLDINGS, INC.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 26-4687724

**4. Debtor's address**

**Principal place of business**

30728 Imperial Street
Shafter, CA 93263
Number, Street, City, State & ZIP Code

Kern
County

**Mailing address, if different from principal place of business**

9530 Hageman Road, B-368
Bakersfield, CA 93312
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor 5 C HOLDINGS, INC. Case number (*if known*) ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______

District ______ When ______ Case number, if known ______

Debtor **5 C HOLDINGS, INC.** Case number (*if known*) ______
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2017
MM / DD / YYYY

X /s/ Cami Hogg
Signature of authorized representative of debtor

Cami Hogg
Printed name

Title President

**18. Signature of attorney**

X /s/ Leonard K. Welsh
Signature of attorney for debtor

Date April 25, 2017
MM / DD / YYYY

Leonard K. Welsh
Printed name

Law Office of Leonard K. Welsh
Firm name

4550 California Avenue, Second Floor
Bakersfield, CA 93309
Number, Street, City, State & ZIP Code

Contact phone 661-328-5328 Email address lwelsh@lkwelshlaw.com

097954
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re 5 C HOLDINGS, INC. Debtor(s)

Case No.
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ See attached |
| Prior to the filing of this statement I have received | $ See attached |
| Balance Due | $ See attached |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 25, 2017
*Date*

Leonard K. Welsh
/s/ Leonard K. Welsh
Leonard K. Welsh 097954
*Signature of Attorney*
Law Office of Leonard K. Welsh
4550 California Avenue, Second Floor
Bakersfield, CA 93309
661-328-5328 Fax: 661-760-9900
lwelsh@lkwelshlaw.com
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# ATTACHMENT

Debtor agreed to pay the Law Offices of Leonard K. Welsh a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh | $350.00 per hour |
| Legal Assistants | $125.00 per hour |

plus costs.

Debtor paid a retainer of $20,000.00 to the Law Offices of Leonard K. Welsh before the filing of Debtors' Voluntary Petition Under Chapter 11. The Law Offices of Leonard K. Welsh applied $8,289.50 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Leonard K. Welsh's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the Law Offices of Leonard K. Welsh after April 24, 2017, will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the Bankruptcy Court as a part of Debtors' case.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5 C HOLDINGS, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2017

X /s/ Cami Hogg
Signature of individual signing on behalf of debtor

Cami Hogg
Printed name

President
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5 C HOLDINGS, INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| **1a. Real property:** Copy line 88 from *Schedule A/B* | $ | 0.00 |
| **1b. Total personal property:** Copy line 91A from *Schedule A/B* | $ | 893,780.28 |
| **1c. Total of all property:** Copy line 92 from *Schedule A/B* | $ | 893,780.28 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | 468,944.05 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 435,225.68 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 904,169.73 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Mission Bank | Checking | 1086 | $31,441.63 |
| 3.2. | Tri Counties Bank | Checking | 5782 | $413.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$31,855.07**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Description | Current value |
|---|---|---|
| 7.1. | Security Deposit<br>Gary Costello<br>19051 Transport Lane<br>Shafter, CA 93263 | $2,750.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$2,750.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 400,085.21 | - | 0.00 | = .... | $400,085.21 |

12. **Total of Part 3.** **$400,085.21**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture and equipment**<br>**See attached Exhibit "A"** | $0.00 | Market | $2,810.00 |

40. **Office fixtures**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$2,810.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2000 Peterbilt 379 - Semi Truck VIN No. 1XP5D69X7YD531325 | $0.00 | Market | $25,000.00 |
| 47.2. 2001 Peterbilt 379 - Semi Truck Vin No. 1XP5D69X31D565901 | $0.00 | Market | $15,000.00 |
| 47.3. 2015 Dodge Ram 5500 Flatbed Truck VIN No. 3C7WRNFL6FG622964 | $0.00 | Market | $35,000.00 |
| 47.4. 2013 Peterbilt 384 - Semi Truck VIN No. 1XPVAP8X5DD192977 | $0.00 | Market | $45,000.00 |
| 47.5. 2015 Dodge Ram 4500 Flatbed Truck VIN No. 3C7WRLEL1FG683130 | $0.00 | Market | $30,000.00 |
| 47.6. 2014 Kenworth Spiradrill Truck (LEASE) VIN No. 1NKDX4TX5EJ393894 | $0.00 | | $0.00 |
| 47.7. 2002 Travis End Dump Trailer VIN No. 48X7B322721001880 | $0.00 | Market | $15,000.00 |
| 47.8. 2015 Western Bottom Dump Trailer - 40 foot VIN No. 1W9404029FW172837 | $0.00 | Market | $40,000.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.9. | 2015 Western Bottom Dump Trailer - 40 foot<br>VIN No. 1W9404029FW172836 | $0.00 | Market | $40,000.00 |
| 47.10. | 1975 Motac Flatbed Trailer<br>VIN No. 7M532637 | $0.00 | Market | $5,000.00 |
| 47.11. | 1998 Allco Framless End Dump Trailer<br>VIN No. 1A9ES3023WC411004 | $0.00 | Market | $15,000.00 |
| 47.12. | 2015 Big Tex Hot Shot Trailer<br>VIN No. 16VGX3528F6008170 | $0.00 | Market | $8,000.00 |
| 47.13. | Double Bottom Trailers | $0.00 | Market | $12,500.00 |
| 47.14. | 2015 Dodge Ram 3500 Flatbed Truck<br>VIN No. 3C7WRTCL1FG690694 | $0.00 | Market | $30,000.00 |
| 47.15. | 1995 International Water Truck<br>VIN No. 2HSFMALR8SC019395 | $0.00 | Market | $18,000.00 |
| 47.16. | 2015 Chevrolet Silverado HD 2500 Truck<br>VIN No. 1GC1KWE80FF663865 | $0.00 | Market | $50,000.00 |
| 47.17. | 2015 Chevrolet Silverado 2500 Flatbed Truck<br>VIN No. 1GC15UEXG8FF645576 | $0.00 | Market | $30,000.00 |
| 47.18. | Utility Trailer (welder) | $0.00 | Market | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2011 Yale Forklift (LEASE) | $0.00 | | $0.00 |
| **Machinery, fixtures, and equipment**<br>See attached Exhibit "B" | $0.00 | Market | $40,280.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$456,280.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9: Real property**

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| | Business License<br>City of Bakersfield<br>1600 Truxtun Avenue<br>Bakersfield, CA 93301 | $0.00 | | $0.00 |
| | Business License<br>City of Shafter<br>336 Pacific Avenue<br>Shafter, CA 93263 | $0.00 | | $0.00 |
| | Business License<br>City of Madera<br>205 West 4th Street<br>Madera, CA 93637 | $0.00 | | $0.00 |
| | Contractor's License<br>Contracrors State License Board<br>9821 Business Park Drive<br>Sacramento, CA 95827<br>License No. 938158 | $0.00 | | $0.00 |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| Property Protection Coverage<br>The Travelers Indemnity Company<br>P.O. Box 660317<br>Dallas, TX 75266<br>Policy No. ZPP-XX5398-16-N4 | $0.00 |
| Oil & Gas Commercial General Liability<br>The Travelers Indemnity Company<br>P.O. Box 660317<br>Dallas, TX 75266<br>Policy No. ZPP-XX5398-16-N4 | $0.00 |
| Automobile Coverage<br>The Travelers Indemnity Company<br>P.O. Box 660317<br>Dallas, TX 75266<br>Policy No. ZPP-XX5398-16-N4 | $0.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Oil & Gas Umbrella Excess Liability Coverage

The Travelers Indemnity Company
P.O. Box 660317
Dallas, TX 75266
Policy No. ZPP-XX5398-16-N4 $0.00

Workers Compensation

The Travelers Indemnity Company
P.O. Box 660317
Dallas, TX 75266
Policy No. HJUB-XX0278-3-16 $0.00

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $0.00

Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

■ No
☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **5 C HOLDINGS, INC.** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,855.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $400,085.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,810.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $456,280.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $893,780.28 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 — **$893,780.28**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**EXHIBIT "A"**

**OFFICE FURNITURE AND EQUIPMENT**

| | |
|---|---|
| 2 Drawer Filing Cabinet | $25.00 |
| Scanner | $20.00 |
| Television | $25.00 |
| Miscellaneous Office Supplies | $100.00 |
| Refrigerator | $100.00 |
| Microwave | $15.00 |
| Security Camera with DVR | $2,500.00 |
| Metal Desk | $25.00 |
| | |
| TOTAL | $2,810.00 |

# EXHIBIT "B"

## MACHINERY AND EQUIPMENT

| | |
|---|---|
| Drill Auger 36" | $5,000.00 |
| Drill Bucket 42" | $5,000.00 |
| Drill Auger 42" | $5,000.00 |
| Drill Bucket 24" | $5,000.00 |
| Drill Auger 24" | $5,000.00 |
| Drill Auger 18" | $5,000.00 |
| Drill Auger 30" | $5,000.00 |
| (10) Fire Extinguishers | $150.00 |
| (6) H2S Monitors | $30.00 |
| Hotsy Pressure Washer | $1,000.00 |
| Metal Tool Cage | $100.00 |
| (20) Metal Chains | $500.00 |
| John Deere Shop Heater | $250.00 |
| (20) Straps | $500.00 |
| (3) Fall Protection Equipment | $1,500.00 |
| Oil Containment Trough | $250.00 |
| Miscellaneous tools, shovels, hammers, etc. | $1,000.00 |
| | |
| TOTAL | $40,280.00 |

**Fill in this information to identify the case:**

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Ally Financial
Creditor's Name

P.O. Box 380902
Bloomington, MN 55438
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5675

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 Dodge Ram 5500 Flatbed Truck
VIN No. 3C7WRNFL6FG622964

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $48,281.86 — Column B: $35,000.00

**2.2** Ally Financial
Creditor's Name
P.O. Box 380902
Minneapolis, MN
55438-0902
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3532

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2015 Chevrolet Silverado HD 2500 truck
VIN No. 1GC1KWE80FF663865

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $55,040.91 — Column B: $50,000.00


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Chrysler Capital**
Creditor's Name

P.O. Box 961275
Fort Worth, TX 76161
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
0078

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2015 Dodge Ram 4500 Flatbed Truck
VIN No. 3C7WRLEL1FG683130

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,287.72 $30,000.00

---

**2.4 Chrysler Capital**
Creditor's Name

P.O. Box 660335
Dallas, TX 75266-0335
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
7205

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2015 Dodge Ram 3500 Flatbed Truck
VIN No. 3C7WRTCL1FG690694

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,794.63 $30,000.00

---

**2.5 Direct Capital**
Creditor's Name

155 Commerce Way
Portsmouth, NH 03801
Creditor's mailing address

Describe debtor's property that is subject to a lien
2000 Peterbilt 379 - Semi Truck (VIN No. 1325); 2001 Peterbilt 379 - Semi Truck (Vin No. 5901); 2015 Western Bottom Dump Trailer - 40 foot (VIN No. 2837); 2015 Western Bottom Dump Trailer (VIN No. 2836)

Describe the lien
Purchase Money Security

$70,000.00 $120,000.00



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
5357

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **GM Financial**
Creditor's Name

P.O. Box 78143
Phoenix, AZ 85062
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
7255

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2015 Chevrolet Silverado 2500 Flatbed Truck
VIN No. 1GC15UEXG8FF645576

$43,716.99 $30,000.00

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** **Hitachi Capital America Corp**
Creditor's Name

21925 Network Place
Chicago, IL 60673-1219
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
4001

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2013 Peterbilt 384 - Semi Truck
VIN No. 1XPVAP8X5DD192977

$89,464.32 $45,000.00

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **5 C HOLDINGS, INC.** Case number (if know)
Name

**2.8 Paul Martin**
Creditor's Name

**7426 Hermosa Road**
**Bakersfield, CA 93307**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Double Bottom Trailers**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,000.00** **$12,500.00**

---

**2.9 Sheffield Financial**
Creditor's Name

**P.O. Box 580229**
**Charlotte, NC 28258-0229**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6879**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Big Tex Hot Shot Trailer**
**VIN No. 16VGX3528F6008170**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,144.89** **$8,000.00**

---

**2.10 Tri Counties Bank**
Creditor's Name
**5201 California Avenue,**
**Suite 102**
**Bakersfield, CA 93309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Debtor's personal property described in Schedule B**

**Describe the lien**
**Line of Credit secured by UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$50,212.73** **$477,780.28**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **5 C HOLDINGS, INC.** Case number (if know)
Name

Last 4 digits of account number
9441

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$468,944.05**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266-0335 | Line 2.3 | |
| GM Financial<br>P.O. Box 183834<br>Arlington, TX 76096-3834 | Line 2.6 | |
| Hitachi Capital America<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | Line 2.7 | |
| Sheffield Financial<br>P.O. Box 1704<br>Clemmons, NC 27012 | Line 2.9 | |
| Tri Counties Bank<br>P.O. Box 909<br>Chico, CA 95927 | Line 2.10 | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
Advanced Industrial Services
34933 Imperial Street
Bakersfield, CA 93308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services rendered
Is the claim subject to offset? ■ No ☐ Yes

**$7,757.50**

**3.2** **Nonpriority creditor's name and mailing address**
American Express
Box 0001
Los Angeles, CA 90096
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card Purchases
Is the claim subject to offset? ■ No ☐ Yes

**$7,455.98**

**3.3** **Nonpriority creditor's name and mailing address**
AWD Services, Inc.
P.O. Box 669
Oak View, CA 93022
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9807

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repairs and maintenance
Is the claim subject to offset? ■ No ☐ Yes

**$6,870.00**

**3.4** **Nonpriority creditor's name and mailing address**
Capital One Bank
P.O. Box 60599
City of Industry, CA 91716
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0472

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card Purchases
Is the claim subject to offset? ■ No ☐ Yes

**$2,974.72**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 47160 Best Case Bankruptcy

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Amount |
|---|---|---|---|
| 3.5 | **CBIZ**<br>**5060 California Avenue, Suite 800**<br>**Bakersfield, CA 93308**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Accounting services<br>Is the claim subject to offset? ■ No ☐ Yes | $11,886.00 |
| 3.6 | **Circle M Truck Repair, Inc.**<br>**4908 Islands Drive**<br>**Bakersfield, CA 93312**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Complaint-Kern County Superior Court Shafter Courthouse Case No. SCL-17000023<br>Is the claim subject to offset? ■ No ☐ Yes | $23,314.44 |
| 3.7 | **Citi Cards**<br>**P.O. Box 78019**<br>**Phoenix, AZ 85062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 9781 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card Purchases<br>Is the claim subject to offset? ■ No ☐ Yes | $7,366.78 |
| 3.8 | **Dr. Hemmal Kothany**<br>**c/o Jon Barnes**<br>**5100 California Avenue, Suite 105**<br>**Bakersfield, CA 93309**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $199,500.00 |
| 3.9 | **E.M. Tharp, Inc.**<br>**dba Golden State Peterbilt Paclease**<br>**15243 Road 192**<br>**Porterville, CA 93257**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Equipment Rental<br>Is the claim subject to offset? ■ No ☐ Yes | $12,710.76 |
| 3.10 | **Fallgatter Rhodes Insurance Services, In**<br>**1701 G Street**<br>**Bakersfield, CA 93301**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Reimbursement<br>Is the claim subject to offset? ■ No ☐ Yes | $3,733.25 |
| 3.11 | **Independent Pipe & Steel, Inc.**<br>**5303 Rosedale Highway**<br>**Bakersfield, CA 93308**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Purchase of materials<br>Is the claim subject to offset? ■ No ☐ Yes | $30,028.30 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **5 C HOLDINGS, INC.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| 3.12 | Jeffries Brothers, Inc.<br>177 Aviation Street<br>Shafter, CA 93263<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Purchase of fuel<br>Is the claim subject to offset? ■ No ☐ Yes | $50,470.55 |
| 3.13 | Metro Ready Mix Co<br>P.O. Box 80487<br>Bakersfield, CA 93380<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | $22,412.13 |
| 3.14 | Oilwize<br>5260 Rosedale Highway<br>Bakersfield, CA 93308<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | $4,517.90 |
| 3.15 | Rabobank<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179<br>Date(s) debt was incurred _<br>Last 4 digits of account number 3097 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit Card Purchases<br>Is the claim subject to offset? ■ No ☐ Yes | $21,577.01 |
| 3.16 | SFC Enterprises<br>6929 Dove Street<br>Ventura, CA 93003<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | $7,310.00 |
| 3.17 | Tyack Tires, Inc.<br>211 Sumner Street<br>Bakersfield, CA 93305<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Purchase of tires<br>Is the claim subject to offset? ■ No ☐ Yes | $15,340.36 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 5 C HOLDINGS, INC.
Name

Case number (if known) ______

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Circle M Truck Repair, Inc.<br>c/o E. Warren Gubler<br>Gubler & Abbott<br>1110 N. Chinowth Street<br>Visalia, CA 93291 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.2 | E.M. Tharp, Inc.<br>c/o Cheryl D. Noel<br>Coleman & Horowitt<br>499 West Shaw, Suite 115<br>Fresno, CA 93704 | Line 3.9<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. | + | $ 435,225.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $ 435,225.68 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Sublease Agreement Deescription: 30728 Imperial Street Shafter, CA 93263 Terms: $1,375.00 per month Month-to-month Debtor's Interest: Sublessor** | |
| | State the term remaining | | **CJ Miranda, Inc.<br>P.O. Box 80452<br>Bakersfield, CA 93380** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Rental Agreement Description: 30728 Imperial Street, Shafter, Ca 93263 Terms: $2,750.00 per month Month-to-month** | |
| | State the term remaining | | **Gary Costello<br>19051 Transport Lane<br>Shafter, CA 93263** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Equipment Lease Description: 2011 Yale Forklift and accessories Terms: $637.76 per month for 60 months Beginning Date: 8/2015 Debtor's Interest: Lessee** | |
| | State the term remaining | **40 month** | **HYG Financial<br>P.O. Box 30310<br>Los Angeles, CA 90030-0310** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 5 C HOLDINGS, INC. Case number (*if known*) ____________
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Rental Purchase Option Agreement Description:: 2014 Kenworth T800 Spiradrill Truck Terms: $9.895.83 per month for 48 months Beginning Date: 8/1/2015 Debtor's Interest: Lessee** | |
| State the term remaining | **28 months** | **Lang Equipment, LLC<br>P.O. Box 27558<br>Salt Lake City, UT 84127** |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Subhaul Agreement** | |
| State the term remaining | | **zA&B Trucking Services, Inc.<br>3300 Allen Road, Suite 100<br>Bakersfield, CA 93314** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Master Service Agreement** | |
| State the term remaining | | **zABA Energy Corporation<br>7612 Meany Avenue<br>Bakersfield, CA 93308** |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Master Subcontract Agreement** | |
| State the term remaining | | **zAliantel, Inc.<br>1940 W. Corporate Way<br>Anaheim, CA 92801** |
| List the contract number of any government contract | | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Terms Agreement** | **zCalifornia Resources Corporation<br>11200 River Run Blvd.<br>Bakersfield, CA 93311** |
| State the term remaining | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 5 C HOLDINGS, INC.
First Name Middle Name Last Name

Case number (if known) ____________

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any government contract ____________

---

2.9. State what the contract or lease is for and the nature of the debtor's interest — **Contract Type: Subhauler Agreement**

State the term remaining

List the contract number of any government contract ____________

**zCJ Miranda, Inc.**
**P.O. Box 80452**
**Bakersfield, CA 93380**

---

2.10. State what the contract or lease is for and the nature of the debtor's interest — **Contract Type: Master Service Agreement**

State the term remaining

List the contract number of any government contract ____________

**zE&B Natural Resources Corporation**
**1600 Norris**
**Bakersfield, CA 93308**

---

2.11. State what the contract or lease is for and the nature of the debtor's interest — **Contract Type: Subhaul Contract**

State the term remaining

List the contract number of any government contract ____________

**zKelly Trucking**
**3351 Fairhaven Drive**
**Bakersfield, CA 93308**

---

2.12. State what the contract or lease is for and the nature of the debtor's interest — **Contract Type: Sub-Haul Agreement**

State the term remaining

List the contract number of any government contract ____________

**zRhino Ready Mix Trucking**
**3701 Pegasus Drive**
**Bakersfield, CA 93308**

---

2.13. State what the contract or lease is for and the nature of the debtor's interest — **Contract Type: Master Subcontract Agreement**

State the term remaining

List the contract number of any government contract ____________

**zSLC, Inc.**
**871 Cotting Court, Suite I**
**Vacaville, CA 95688**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | Contract Type: Independent Contractor Agreement | |
| State the term remaining | | zTerry Bedford Concrete Construction<br>12625 Jomani Drive, Suite 105<br>Bakersfield, CA 93312 |
| List the contract number of any government contract | | |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | Contract Type: Master Subcontract Agreement | |
| State the term remaining | | zTotal-Western, Inc.<br>8049 Sommerset Blvd.<br>Paramount, CA 90723 |
| List the contract number of any government contract | | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | Contract Type: Sub-Haul Contract | |
| State the term remaining | | zTriple E Trucking, LLC<br>1215 E. White Lane<br>Bakersfield, CA 93307 |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cami Hogg** | **9530 Hageman Road, B-368**<br>**Bakersfield, CA 93312** | **Chrysler Capital** | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.2 | **Cami Hogg** | **9530 Hageman Road, B-368**<br>**Bakersfield, CA 93312** | **Ally Financial** | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | **Cami Hogg** | **9530 Hageman Road, B-368**<br>**Bakersfield, CA 93312** | **Direct Capital** | ■ D 2.5<br>☐ E/F<br>☐ G |
| 2.4 | **Cami Hogg** | **9530 Hageman Road, B-368**<br>**Bakersfield, CA 93312** | **Sheffield Financial** | ■ D 2.9<br>☐ E/F<br>☐ G |
| 2.5 | **Cami Hogg** | **9530 Hageman Road, B-368**<br>**Bakersfield, CA 93312** | **Tri Counties Bank** | ■ D 2.10<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 5 C HOLDINGS, INC. Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* Codebtor | | | *Column 2:* Creditor | |
|---|---|---|---|---|
| 2.6 | Casey Hogg | 9530 Hageman Road, B-368<br>Bakersfield, CA 93312 | Ally Financial | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.7 | Casey Hogg | 9530 Hageman Road, B-368<br>Bakersfield, CA 93312 | GM Financial | ■ D 2.6<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$366,828.55** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,453,948.26** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$668,629.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | Account No. 5675<br>1/31/2017<br>3/2/2017 | $4,015.35 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | Account No. 3532<br>2/3/2017<br>2/6/2017 | $2,073.82 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | Account No. 0078<br>1/26/2017<br>2/3/2017 | $2,309.38 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | Account No. 7205<br>1/26/2017<br>2/3/2017 | $1,947.64 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. GM Financial<br>P.O. Box 78143<br>Phoenix, AZ 85062 | 1/24/2017<br>2/7/2017 | $1,702.94 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Hitachi Capital America<br>21925 Nework Place<br>Chicago, IL 60673-1219 | 1/30/2017 | $2,033.28 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. Sheffield Financial<br>P.O. Box 580229<br>Charlotte, NC 28258-0229 | 1/12/2017<br>2/10/2017 | $498.46 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. Tri Counties Bank<br>5201 California Avenue, Suite 102<br>Bakersfield, CA 93309 | 2/14/2017<br>2/21/2017 | $317.53 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CIRCLE M TRUCK REPAIR, INC.<br>vs.<br>5 C HOLDINGS, INC. and DOES 1 to 50<br>SCL-17-000023 | Complaint | Kern County Superior Court<br>325 Central Valley Highway<br>Shafter, CA 93263 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 5: Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Leonard K. Welsh<br>4550 California Avenue, Second Floor<br>Bakersfield, CA 93309 | Debtor paid a retainer of $20,000.00 to the Law Offices of Leonard K. Welsh before filing Chapter 11. The Law Offices applied $8,289.50 of the retainer to fees and costs incurred before the filing of the Chapter 11 case. The balance of the retainer is on deposit in the Law Offices of Leonard K. Welsh's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case. | 3/31/2017 - $3,022.50 - fees<br>4/25/2017 - $3,550.00 - fees<br>4/25/2017 - $1,717.00 - costs | $8,289.50 |

Email or website address
lwelsh@lkwelshlaw.com

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

**14. Previous addresses**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Rabobank<br>P.O. Box 6002<br>Arroyo Grande, CA 93421 | XXXX-5262 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 7/30/2015 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | 5 C Holdings, Inc.<br>9530 Hageman Road, B-368<br>Bakersfield, CA 93312 | Oilfield and drilling services | EIN: 26-4687724<br>From-To 3/2009 to Present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Greg Braun<br>CBIZ<br>5060 California Avenue, Ste. 800<br>Bakersfield, CA 93309 | 2012 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Cami Hogg<br>9530 Hageman Road, B368<br>Bakersfield, CA 93312 | |
| 26c.2. | Greg Braun<br>CBIZ<br>5060 California Avenue, Suite 800<br>Bakersfield, CA 93309 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Tri Counties Bank<br>5201 California Avenue, Suite 102<br>Bakersfield, CA 93309 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cami Hogg | 9530 Hageman Road, B368<br>Bakersfield, CA 93312 | Officer, Director, and Shareholder | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Cami Hogg<br>9530 Hageman Road, B368<br>Bakersfield, CA 93312 | $10,500.00<br>$3,500.00<br>$14,557.55 | 2016<br>2017<br>2017 | Salary<br>Salary<br>Reimbursement for expenses |
| | Relationship to debtor<br>Officer, Director, and Shareholder | | | |
| 30.2 | Casey Hogg<br>9530 Hageman Road B368<br>Bakersfield, CA 93312 | $51,150.00<br>$3,150.00 | 2016<br>2017 | Wages<br>Wages |
| | Relationship to debtor<br>Employee | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 25, 2017**

**/s/ Cami Hogg**
Signature of individual signing on behalf of the debtor

**Cami Hogg**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy