Fill in this information to identify the case:

Debtor name: 5 C HOLDINGS, INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dr. Hemmal Kothany c/o Jon Barnes 5100 California Avenue, Suite 105 Bakersfield, CA 93309 | | Loan | | | | $199,500.00 |
| Jeffries Brothers, Inc. 177 Aviation Street Shafter, CA 93263 | | Purchase of fuel | | | | $50,470.55 |
| Hitachi Capital America Corp 21925 Network Place Chicago, IL 60673-1219 | | Purchase money security interest | | $89,464.32 | $45,000.00 | $44,464.32 |
| Independent Pipe & Steel, Inc. 5303 Rosedale Highway Bakersfield, CA 93308 | | Purchase of materials | | | | $30,028.30 |
| Circle M Truck Repair, Inc. 4908 Islands Drive Bakersfield, CA 93312 | | Complaint-Kern County Superior Court Shafter Courthouse Case No. SCL-17000023 | | | | $23,314.44 |
| Metro Ready Mix Co P.O. Box 80487 Bakersfield, CA 93380 | | Services rendered | | | | $22,412.13 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 5 C HOLDINGS, INC.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rabobank Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179 | | Credit Card Purchases | | | | $21,577.01 |
| Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266-0335 | | Purchase money security interest | | $47,794.63 | $30,000.00 | $17,794.63 |
| Tyack Tires, Inc.<br>211 Sumner Street<br>Bakersfield, CA 93305 | | Purchase of tires | | | | $15,340.36 |
| GM Financial<br>P.O. Box 78143<br>Phoenix, AZ 85062 | | Purchase money security interest | | $43,716.99 | $30,000.00 | $13,716.99 |
| Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | | Purchase money security interest | | $43,287.72 | $30,000.00 | $13,287.72 |
| Ally Financial<br>P.O. Box 380902<br>Bloomington, MN 55438 | | Purchase money security interest | | $48,281.86 | $35,000.00 | $13,281.86 |
| E.M. Tharp, Inc.<br>dba Golden State Peterbilt Paclease<br>15243 Road 192<br>Porterville, CA 93257 | | Equipment Rental | | | | $12,710.76 |
| CBIZ<br>5060 California Avenue, Suite 800<br>Bakersfield, CA 93308 | | Accounting services | | | | $11,886.00 |
| Advanced Industrial Services<br>34933 Imperial Street<br>Bakersfield, CA 93308 | | Services rendered | | | | $7,757.50 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | | Credit Card Purchases | | | | $7,455.98 |
| Citi Cards<br>P.O. Box 78019<br>Phoenix, AZ 85062 | | Credit Card Purchases | | | | $7,366.78 |
| SFC Enterprises<br>6929 Dove Street<br>Ventura, CA 93003 | | Services rendered | | | | $7,310.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **5 C HOLDINGS, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AWD Services, Inc.<br>P.O. Box 669<br>Oak View, CA 93022 | | Repairs and maintenance | | | | $6,870.00 |
| Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | | 2015 Chevrolet Silverado HD 2500 truck<br>VIN No. 1GC1KWE80FF663865 | | $55,040.91 | $50,000.00 | $5,040.91 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy